THE PEOPLE OF THE STATE OF NEW YORK ex. rel BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, et al., Respondents.

*Per Curiam.* After giving due consideration to all the relevant factors in the record, we determine that the values for the tax years involved should be as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1940–41 | $415,000 | $40,000 | $455,000 |
| 1941–42 | 415,000 | 40,000 | 455,000 |

The order so far as appealed from, should, therefore, be modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to relator-appellant.

Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ., concur.

Order so far as appealed from, unanimously modified in accordance with opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 455 EAST 57TH STREET CORPORATION, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* In consolidated tax certiorari proceedings relator confines its appeal to the part of the order that affects premises 455 East 57th Street, Block 1369, Lot 19, on which there is a fifteen-story penthouse apartment building erected in 1928. After considering the evidence and giving weight to all factors relevant we think the land values found by the trial court should be sustained but the building values should be further reduced and we fix the proper values for the years in question as follows:

| Year | Land | Building | Total |
| --- | --- | --- | --- |
| 1940–41 | $205,000 | $400,000 | $605,000 |
| 1941–42 | 200,000 | 394,000 | 594,000 |
| 1942–43 | 195,000 | 388,000 | 583,000 |
| 1943–44 | 185,000 | 382,000 | 567,000 |

The order so far as appealed from by relator should be modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to relator-appellant.

Townley, Glennon, Untermyer and Dore, JJ., concur; Martin, P. J., dissents and votes to affirm.

Order so far as appealed from, modified in accordance with opinion, and, as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.